UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALVADOR S. LOPEZ,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　　Respondent. | Case No. C11-1929-RSL<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Mr. Lopez's letter in response, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 4) is DENIED, respondent's motion to dismiss (Dkt. No. 9) is GRANTED, and this matter is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 24th day of April, 2012.

　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL PAGE - 1