**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SALVADOR S. LOPEZ, | |
| Petitioner, | Case No. C11-1929-RSL |
| v. | ORDER OF DISMISSAL |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Mr. Lopez's letter in response, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 4) is DENIED, respondent's motion to dismiss (Dkt. No. 9) is GRANTED, and this matter is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 24th day of April, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL PAGE - 1